PAULINE FEUERSTEIN, Respondent, v. PANORMUS REALTY CORPORATION and Others, Defendants. GOTTEL RADISH, Appellant.— Motion granted and cause added to the foot of the January calendar. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

TILLIE FIREMAN, Respondent, v. MANNIS BERNSTEIN and Others, Appellants.— Motion for stay granted upon condition that within five days from the entry of the order herein appellants file an undertaking, with corporate surety, in the sum of $2,500, conditioned for the payment of any damage sustained by plaintiff through the careless and negligent maintenance of the premises by defendants Bernstein or through willful waste on their part up to the date of exchange in the event of an affirmance of the judgment by this court; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ABRAHAM FRIEDMAN and SAMUEL ABRAMSKY, Respondents, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

RUTH GLASSER, Respondent, v. ABRAHAM GLASSER, Appellant.— Motion for stay granted upon condition that the appeal be perfected and brought on for argument on Friday, January sixteenth (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

EDITH G. GLINES, Respondent, v. WILLIAM H. GLINES, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LOUIS GREEN, Respondent, v. IKE BONUCK, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

GREGORY COAL AND LUMBER CO., INC., Plaintiff, v. FRANCES ALDA GATTI-CASAZZA, Appellant. " EDWARD " J. SCHABELITZ, etc., and Another, Respondents, and Others, Defendants.— Motion granted to the extent of staying further proceedings. Time to comply with the provisions of section 1088 of the Civil Practice Act will be extended if necessary. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

WILLIAM H. HORAN, Respondent, v. JOHN F. MACDONALD, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of GEORGE GRU and EUGENE DUNNE, as Coexecutors, etc., of MARGARET H. DUNNE, Deceased, Appellants, v. PATRICK DUNNE, Respondent, to Discover Property of the Said Estate, Pursuant to Section 205 of the Surrogate's Court Act.*— Motion for stay granted upon condition that

* Amd. by Laws of 1924, chap. 100.— [REP.